# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 68 WM 2017
:
Respondent :
:
:
:
v. :
:
:
:
DEMETRIUS BAILEY, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 13th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.